UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Case No. 14-32717-dof

**TODD GRINDING CO.,**   Chapter 11

    Debtor.   Hon. Daniel S. Opperman
_____/

## UNITED STATES TRUSTEE'S
## OBJECTIONS TO CLOSING OF THE CASE

Daniel M. McDermott, United States Trustee, for his Objections to closing of the above-referenced cases, states as follows:

1. The Debtors filed voluntary petition for relief under Chapter 11 of Title 11 on October 7, 2014.

2. The case was confirmed on December 17, 2015.

3. The Debtors are required, pursuant to the Operating Requirements of the U.S. Trustee promulgated pursuant to 28 U.S.C. § 586(a)(3); 11 U.S.C. §§ 704(a)(8), 1106(a)(1) and 1107; and Fed. R. Bankr. P. 2015(a)[Interim], to file monthly pre-confirmation operating reports and post-confirmation disbursement reports with the Court.

4. Debtor should be required to file reports that cover all months until closing, which at this time include January 2016.

5. The Debtors has not paid all quarterly fees required under 28 U.S.C. § 1930. Debtor, owes past due fees to the United States Trustee for the 4th Quarter 2015.

6. The Debtor will also be responsible for a quarterly fee due to the U.S. Trustee for the current 1st Quarter 2016.

7. The Debtor should be required to pay the U.S. Trustee quarterly fees past due and incurred before the case is closed.

8. In order for the case to be closed, the estate must be fully administered. F.R.Bankr.P. 3022.

**WHEREFORE**, the United States Trustee requests that this Court deny the closing of the case and the entry of a final decree, and further requests that the Court order the Debtor to file all reports and pay quarterly fees.

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By: /s/ Jill M. Gies
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
Jill.Gies@usdoj.gov
(313) 226-7913
[P56345]

Dated: February 11, 2016