UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

TODD GRINDING CO.,　　　　　　　　　　Case No. 14-32717-dof
　　　　Debtor.　　　　　　　　　　　　　Chapter 11 Proceeding
　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman

_____/

ORDER REGARDING (1) APPLICATION FOR COMPENSATION FOR IAAS WORLDWIDE, LLC (DOCKET NO. 143); (2) EX PARTE MOTION FOR CONTEMPT AGAINST IAAS WORLDWIDE, LLC (DOCKET NO. 161); AND (3) EX PARTE MOTION FOR CONTEMPT AGAINST ALAN LOESER FOR IAAS WORLDWIDE, LLC (DOCKET NO. 192)

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that IAAS Worldwide, LLC is awarded fees of $65,908.00 and expenses of $35,000.00 for a total award of $100,908.00. Counsel for the Debtor is directed to file a Application for Fees by **February 13, 2017,** in regard to the efforts of counsel to recover monies improperly held by IAAS.

cc:　　Alan Loeser

**Signed on January 23, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　**Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**